AUDRA R. BEHNÉ
LAW OFFICES OF AUDRA R. BEHNÉ
A Professional Corporation
15915 Ventura Boulevard, Suite 203
Encino, CA 91436
Tel - (818) 881-2155
Fax - (818) 501-4738
audrabehne@aol.com

California Bar No. 180038

Attorney for Diana Deac, Plaintiff

JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 15 2011

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA DEAC,<br><br>    Plaintiff,<br><br>vs.<br><br>ERIC H. HOLDER, JR., United States Attorney General, et al.,<br><br>    Defendants. | CASE NO: SACV 10-1439 JVS (AJWx)<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS |

Pursuant to the stipulation entered into by Plaintiff and Defendants,

IT IS SO ORDERED THAT this action be dismissed in its entirety without prejudice. Each party is to bear their own costs and fees.

Date:

*/s/ James V. Selna*
JAMES V. SELNA
United States District Judge

1